**MEANSNO, APPEAL**

# U.S. Bankruptcy Court
## Northern District of Illinois (Eastern Division)
### Bankruptcy Petition #: 21-06189
#### Internal Use Only

*Assigned to:* Honorable Judge Jacqueline P. Cox
Chapter 7
Voluntary
Asset

| | |
|---|---|
| *Date filed:* | 05/11/2021 |
| *341 meeting:* | 07/06/2021 |
| *Deadline for filing claims:* | 01/18/2022 |
| *Deadline for filing claims (govt.):* | 01/18/2022 |
| *Deadline for objecting to discharge:* | 04/15/2022 |

***Debtor 1***
**Gordon Green**
2151 Sherman Ave.
Evanston, IL 60201
COOK-IL
SSN / ITIN: 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

represented by **Ben L Schneider**
Schneider & Stone
8424 Skokie Blvd.
Suite 200
Skokie, IL 60077
847-933-0300
Fax : 847-676-2676
Email: ben@windycitylawgroup.com

**Matthew L Stone**
Schneider & Stone
8424 Skokie Blvd
Suite 200
Skokie, IL 60077
847-933-0300
Email: mstone@windycitylawgroup.com

***Trustee***
**David P Leibowitz, ESQ**
Law Offices of David P. Leibowitz, LLC
3438 N Elaine Place - Suite 4
Chicago, IL 60657
312-662-5750

represented by **David P Leibowitz, ESQ**
Law Offices of David P. Leibowitz, LLC
3438 N Elaine Place - Suite 4
Chicago, IL 60657
312-662-5750
Email: dleibowitz@lodpl.com

**David P Leibowitz, ESQ**
Law Offices of David P Leibowitz
3438 N Elaine Place Unit 4
Chicago, IL 60657
312-662-5750
Email: dleibowitz@lodpl.com

***U.S. Trustee***
**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873

Chicago, IL 60604
312-886-5785

| Filing Date | # | Docket Text |
|---|---|---|
| 05/11/2021 | [1](#) <br> (56 pgs; 2 docs) | Chapter 7 Voluntary Petition for Individual Fee Amount $338, Filed by Ben L Schneider on behalf of Gordon Green (Attachments: # [1](#) Signature Pages) (Schneider, Ben) (Entered: 05/11/2021) |
| 05/11/2021 | [2](#) <br> (3 pgs) | Chapter 7 Statement of Your Current Monthly Income (Form 122A-1) Filed by Ben L Schneider on behalf of Gordon Green. (Schneider, Ben) (Entered: 05/11/2021) |
| 05/11/2021 | [3](#) <br> (1 pg) | Statement About Your Social Security Numbers Filed by Ben L Schneider on behalf of Gordon Green. (Schneider, Ben) (Entered: 05/11/2021) |
| 05/11/2021 | [4](#) <br> (1 pg) | Certificate of Credit Counseling Filed by Ben L Schneider on behalf of Gordon Green. (Schneider, Ben) (Entered: 05/11/2021) |
| 05/11/2021 | 5 | Receipt of Voluntary Petition (Chapter 7)(21-06189) [misc,volp7a] ( 338.00) Filing Fee. Receipt number 43489130. Fee Amount $ 338.00 (Schneider, Ben) (re:Doc# [1](#)) (U.S. Treasury) (Entered: 05/11/2021) |
| 05/12/2021 | 6 | Meeting of Creditors with 341(a) meeting to be held on 06/08/2021 at 02:00 PM at Appear By VIDEO. See details www.justice.gov/ust-regions-r11/region-11-northern-district-illinois. Objections for Discharge due by 08/09/2021. (admin, ) (Entered: 05/12/2021) |
| 05/12/2021 | [7](#) <br> (2 pgs) | Notice of Chapter 7 Bankruptcy Case. No Proof of Claim Deadline . (Chavez, Baldo) (Entered: 05/12/2021) |
| 05/13/2021 | [8](#) <br> (1 pg) | Request for Service of Notices Filed by PRA Receivables Management, LLC. (Smith, Valerie) (Entered: 05/13/2021) |
| 05/14/2021 | [9](#) <br> (4 pgs) | BNC Certificate of Notice - Meeting of Creditors. (RE: [7](#) Notice of Chapter 7 Bankruptcy Case). No. of Notices: 7. Notice Date 05/14/2021. (Admin.) (Entered: 05/14/2021) |
| 06/13/2021 | 10 | Statement Adjourning 341(a)Meeting of Creditors on 7/6/2021 at 11:00 AM at Appear By VIDEO. See details www.justice.gov/ust-regions-r11/region-11-northern-district-illinois. (Leibowitz, David) (Entered: 06/13/2021) |
| 06/14/2021 | 11 | Statement Adjourning 341(a)Meeting of Creditors on 6/30/2021 at 12:30 PM at Appear By VIDEO. See details www.justice.gov/ust-regions-r11/region-11-northern-district-illinois. (Leibowitz, David) (Entered: 06/14/2021) |
| 06/28/2021 | [12](#) <br> (2 pgs) | Certification About a Financial Management Course Filed by Ben L Schneider on behalf of Gordon Green. (Schneider, Ben) (Entered: 06/28/2021) |

| | | |
|---|---|---|
| 07/05/2021 | 13 | Statement Adjourning 341(a)Meeting of Creditors on 7/6/2021 at 04:00 PM at Appear By VIDEO. See details www.justice.gov/ust-regions-r11/region-11-northern-district-illinois. (Leibowitz, David) (Entered: 07/05/2021) |
| 08/09/2021 | 14 (6 pgs; 2 docs) | Notice of Motion and Motion to Extend Time to File Objection to Discharge Under 727, Notice of Motion and Motion to Extend Time to Object to Exemptions Filed by David P Leibowitz ESQHearing scheduled for 8/17/2021 at 01:00 PM at Appear Using Zoom for Government - Judge Cox. (Attachments: # 1 Proposed Order) (Leibowitz, David) (Entered: 08/09/2021) |
| 08/17/2021 | 15 (1 pg) | Order Granting Motion Extending Time to File Objection to Discharge Under 727 for the Trustee (Related Doc # 14), Granting Motion to Extend Time (Related Doc # 14). Last day to object to discharge is 10/15/2021. Signed on 8/17/2021. (Collins-Mong, Tara) (Entered: 08/18/2021) |
| 10/15/2021 | 16 (10 pgs; 3 docs) | Notice of Motion and Application to Employ David P. Leibowitz and the Law Offices of David P. Leibowitz, LLC as Attorney Filed by David P Leibowitz ESQHearing scheduled for 11/2/2021 at 01:00 PM at Appear Using Zoom for Government - Judge Cox. (Attachments: # 1 Exhibit A # 2 Proposed Order) (Leibowitz, David) (Entered: 10/15/2021) |
| 10/15/2021 | 17 | Initial Report of Assets Trustee has found assets in this estate to be administered for the benefit of creditors, or believes there is a likelihood that such assets will be recovered within a reasonable period of time. The Trustee requests that notice be sent to creditors fixing time for filing claims. Filed by Trustee David P Leibowitz ESQ (RE: 11 Meeting of Creditors Adjourned (Continued) via Trustee's 341 Filing). (Leibowitz, David) (Entered: 10/15/2021) |
| 10/15/2021 | 18 (13 pgs; 3 docs) | Notice of Hearing and Objection to Debtor's Claim of Exemptions Filed by Trustee David P Leibowitz ESQ. Hearing scheduled for 11/2/2021 at 01:00 PM at Appear Using Zoom for Government - Judge Cox. (Attachments: # 1 Exhibit A # 2 Proposed Order)(Leibowitz, David) (Entered: 10/15/2021) |
| 10/15/2021 | 19 (6 pgs; 2 docs) | Notice of Motion and Second Motion to Extend Time to File Objection to Discharge Under 727 Filed by David P Leibowitz ESQHearing scheduled for 11/2/2021 at 01:00 PM at Appear Using Zoom for Government - Judge Cox. (Attachments: # 1 Proposed Order) (Leibowitz, David) (Entered: 10/15/2021) |
| 10/18/2021 | 20 (1 pg) | Notice Fixing Time For Filing . Proofs of Claims due by 1/18/2022. Government Proof of Claim due by 1/18/2022. (Molina, Nilsa) (Entered: 10/18/2021) |
| 10/20/2021 | 21 (3 pgs) | BNC Certificate of Notice - Notice Fixing Time for Filing Claims (RE: 20 Notice Fixing Time For Filing). No. of Notices: 7. Notice Date 10/20/2021. (Admin.) (Entered: 10/20/2021) |

| | | |
|---|---|---|
| 11/02/2021 | 22 | (E)Response Due 11-30-21. Reply Due 12-14-21.Hearing Continued. Status hearing to be held on 12/21/2021 at 01:30 PM at Appear Using Zoom for Government - Judge Cox.. Signed on 11/02/2021. (Green, Josephine) (Entered: 11/02/2021) |
| 11/02/2021 | 23 (1 pg) | Order Granting Application to Employ David P Leibowitz, ESQ and The Law Offices of David P Leibowitz, LLC for David P Leibowitz, ESQ (Related Doc # 16). Signed on 11/2/2021. (Collins-Mong, Tara) (Entered: 11/03/2021) |
| 11/02/2021 | 24 (1 pg) | Order Granting Motion Extending Time to File Objection to Discharge Under 727 for the Trustee (Related Doc # 19). Last day to object to discharge is 12/15/2021. Signed on 11/2/2021. (Collins-Mong, Tara) (Entered: 11/03/2021) |
| 11/30/2021 | 25 (5 pgs; 2 docs) | Notice of Motion and Motion to Extend Time File Response to Trustees Objection to Claimed Exemptions Filed by Ben L Schneider on behalf of Gordon Green. Hearing scheduled for 12/7/2021 at 01:00 PM at Appear Using Zoom for Government - Judge Cox. (Attachments: # 1 Proposed Order) (Schneider, Ben) (Entered: 11/30/2021) |
| 12/07/2021 | 26 | (E)Response to Objection due 12-21-21; Reply due 1-18-22; Hearing set for 1-25-22 at 1:30 p.m. Hearing Continued (RE: 25 Extend Time). hearing scheduled for 01/25/2022 at 01:30 PM at Appear Using Zoom for Government - Judge Cox.. Signed on 12/07/2021. (Castaneda, Peter) (Entered: 12/07/2021) |
| 12/15/2021 | 27 (6 pgs; 2 docs) | Notice of Motion and Third Motion to Extend Time to File Objection to Discharge Under 727 Filed by David P Leibowitz ESQHearing scheduled for 1/4/2022 at 01:00 PM at Appear Using Zoom for Government - Judge Cox. (Attachments: # 1 Proposed Order) (Leibowitz, David) (Entered: 12/15/2021) |
| 12/16/2021 | 28 (6 pgs; 2 docs) | Notice of Motion and Amended Motion (related document(s): 27 Motion to Extend Time to Object to Discharge 727) Filed by David P Leibowitz ESQHearing scheduled for 1/4/2022 at 01:00 PM at Appear Using Zoom for Government - Judge Cox. (Attachments: # 1 Proposed Order) (Leibowitz, David) (Entered: 12/16/2021) |
| 12/21/2021 | 29 (26 pgs; 6 docs) | Response to (related document(s): 18 Objection to Debtor's Claim of Exemptions) Filed by Ben L Schneider on behalf of Gordon Green (Attachments: # 1 Schedule A/B # 2 Schedule C # 3 Objection # 4 Fund Description # 5 Plan Documents) (Schneider, Ben) (Entered: 12/21/2021) |
| 12/22/2021 | 30 | Trustee Certification of Services Rendered Under 11 U.S.C. Section 330(e). I rendered the following service in the case and am eligible for payment under 11 U.S.C. Section 330(e): Filed a Notice of Assets. I declare under penalty of perjury that the foregoing is true and correct. (Executed on 12/22/2021) Filed by Trustee David P Leibowitz ESQ (RE: 6 Meeting of Creditors 7 (No Asset Individual)). (Leibowitz, David) (Entered: 12/22/2021) |

| | | |
|---|---|---|
| 01/04/2022 | 31 (1 pg) | Order Granting Motion Extending Time to File Objection to Discharge Under 727 for the Trustee (Related Doc # 27), Granting Amended Motion (Related Doc # 28). Last day to object to discharge is 2/15/2022. Signed on 1/4/2022. (Molina, Nilsa) (Entered: 01/05/2022) |
| 01/06/2022 | 32 (10 pgs) | Reply in Support to (related document(s): 18 Objection to Debtor's Claim of Exemptions) Filed by David P Leibowitz ESQ on behalf of David P Leibowitz ESQ (Leibowitz, David) (Entered: 01/06/2022) |
| 01/25/2022 | 33 (1 pg) | Order Scheduling (RE: 25 Motion to Extend Time). Sur-reply due by: 2/21/2022. Signed on 1/25/2022 (Bowles, Aaron) (Entered: 01/25/2022) |
| 02/15/2022 | 34 (6 pgs; 2 docs) | Notice of Motion and Fourth Motion to Extend Time to File Objection to Discharge Under 727 Filed by David P Leibowitz ESQHearing scheduled for 2/22/2022 at 01:00 PM at Appear Using Zoom for Government - Judge Cox. (Attachments: # 1 Proposed Order) (Leibowitz, David) (Entered: 02/15/2022) |
| 02/22/2022 | 35 (1 pg) | Order Granting Motion Extending Time to File Objection to Discharge Under 727 for the Trustee (Related Doc # 34). Last day to object to discharge is 4/15/2022. Signed on 2/22/2022. (Hamilton, Annette) (Entered: 02/22/2022) |
| 02/22/2022 | 36 (4 pgs) | Sur Reply to (related document(s): 18 Objection to Debtor's Claim of Exemptions) Filed by Ben L Schneider on behalf of Gordon Green (Schneider, Ben) (Entered: 02/22/2022) |
| 03/08/2022 | 37 (8 pgs) | Order Sustaining (RE: 18 Objection to Debtor's Claim of Exemptions). Signed on 3/8/2022 (Hamilton, Annette) (Entered: 03/08/2022) |
| 03/09/2022 | | (private) Reopen Document (RE: 18 Objection to Debtor's Claim of Exemptions). (Collins-Mong, Tara) (Entered: 03/09/2022) |
| 03/09/2022 | 38 (8 pgs) | Amended Order (RE: 37 Order (Generic)). Signed on 3/9/2022 (Collins-Mong, Tara) (Entered: 03/09/2022) |
| 03/16/2022 | 39 (4 pgs; 2 docs) | Notice of Appeal to District Court. Filed by Matthew L Stone on behalf of Gordon Green. Fee Amount $298 (RE: 37 Order (Generic), 38 Amended/Corrected Order). Appellant Designation due by 03/30/2022. Transmission of Record Due no later than 04/15/2022. (Attachments: # 1 Civil Cover Sheet)(Stone, Matthew) (Entered: 03/16/2022) |
| 03/16/2022 | 40 | Receipt of Notice of Appeal( 21-06189) [appeal,ntcapl] ( 298.00) Filing Fee. Receipt number A44547978. Fee Amount $ 298.00 (Stone, Matthew) (re:Doc# 39) (U.S. Treasury) (Entered: 03/16/2022) |
| 03/17/2022 | 41 (1 pg) | Certificate of Service (RE: 39 Notice of Appeal). (Sims, Lakeysha) (Entered: 03/17/2022) |